RICHARD SHORTMAN v. RAMSEY GOLF & COUNTRY CLUB, INC.

January 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS DI VENTURA.

January 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM C. NEWMAN.

January 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY ANTONICELLO.

January 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. EDGAR A. TAYLOR.

January 25, 1983.

Petition for certification denied.